UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

EDGARDO MELENDEZ

                                Plaintiff,

    **-v.-**

                                Civil Action No.
                                9:13-cv-622 (GLS/ATB)

ERIC T. SCHNEIDERMAN,
et al.

                                Defendants.
------------------------------------------------------------------------

APPEARANCES:                        OF COUNSEL:

**FOR THE PLAINTIFF:**

EDGARDO MELENDEZ
*Pro Se*
268771
CNY PC
PO Box 300
Marcy, New York 13403

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN      BRUCE J. BOIVIN, ESQ.
Attorney General of the State of      Assistant Attorney General
 State of New York
The Capitol
Albany, New York 12224


GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed April 24, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed April 24, 2014 (Dkt. No. 27) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the defendants' motion to dismiss (Dkt. No. 17) is GRANTED, and the complaint is DISMISSED in its entirety WITH PREJUDICE; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: May 22, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court